UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                            **ORDER**

          -against-                            21 **CR.** 786 (RMB)

JONATHAN JOHNSON,
Reg. 43789-509,

                        Defendant.
-----------------------------------------------------------X

        For the reasons stated on the record today, the Defendant is sentenced to time served.


Dated: New York, New York
       November 29, 2022

                                                   _RMB_____
                                                  **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/22