UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                           21 CR. 786 (RMB)
    -against-

                                                                          **ORDER**

JONATHAN JOHNSON,
               Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Wednesday, December 21, 2022 at 11:00 AM is hereby rescheduled to Thursday, December 22, 2022 at 12:00 PM.

      In the absence of defense objection – the proceeding is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 772 585 053#

Dated: December 12, 2022
       New York, NY

                                                                      RICHARD M. BERMAN
                                                                          U.S.D.J.