UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                   Government,             :    21 CR. 786 (RMB)
                                           :
        - against -                        :    **ORDER**
                                           :
JONATHAN JOHNSON,                          :
                                           :
                   Defendant.              :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, December 22, 2022 at 12:00 P.M. is hereby rescheduled to Wednesday, February 1, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 968 995 221#

Dated: January 25, 2023
       New York, NY

_____
**RICHARD M. BERMAN**
     **U.S.D.J.**