UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,      :     21 CR. 786 (RMB)
                                             :
      - against -                          :     **ORDER**
                                             :
JONATHAN JOHNSON,                            :
                Defendant.       :
------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, March 6, 2023 at 9:00 A.M. is hereby rescheduled to Wednesday, March 29, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 773 018 560#

Dated: February 23, 2023
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                      **U.S.D.J.**