UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
              Government,             :         21 CR. 786 (RMB)
                                         :
      - against -                       :         **ORDER**
                                         :
JONATHAN JOHNSON,                        :
              Defendant.              :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday April 10, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 444 335 674#

Dated: April 5, 2023
       New York, NY

                                                */s/ Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                **U.S.D.J.**