UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                Government,    :    21 CR. 786 (RMB)

      - against -             :    **ORDER**

JONATHAN JOHNSON,           :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 15, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 912 357 596#

Dated: June 7, 2023
       New York, NY

                                                             _Richard M. Berman_
                                                 **RICHARD M. BERMAN**
                                                       **U.S.D.J.**