UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,     :     21 CR. 786 (RMB)
                                         :
        - against -                   :     **ORDER**
                                         :
JONATHAN JOHNSON,                        :
                         Defendant.       :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, August 2, 2023 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 137 655 136#

Dated: July 24, 2023
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                      **U.S.D.J.**