**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,       :       21 CR. 786 (RMB)
                                           :
        - against -                   :       **ORDER**
                                           :
JONATHAN JOHNSON,                          :
                      Defendant.        :
-----------------------------------------------------------------x


The vosr hearing is scheduled for Wednesday, August 30, 2023 at 9:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 945 193 331#


Dated: August 25, 2023
       New York, NY

                                                    _/s/ Richard M. Berman_
                                          **RICHARD M. BERMAN**
                                                        U.S.D.J.