**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                         :
                      Government,     :       21 CR. 786 (RMB)
                                         :
      - against -                       :       **ORDER**
                                         :
JONATHAN JOHNSON,                        :
                      Defendant.      :
-----------------------------------------------------------x

      The vosr hearing is scheduled for Monday, September 11, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 828-7666
      Conference ID: 1601079548#

Dated: August 29, 2023
       New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**