**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                          Government,   :   21 CR. 786 (RMB)
                                           :
        - against -                  :   **ORDER**
                                           :
JONATHAN JOHNSON,                          :
                                           :
                           Defendant.    :
-------------------------------------------------------------x

The supervised release hearing scheduled for Thursday, October 5, 2023 at 12:30 P.M. will take place in Courtroom 17B.

Dated: September 28, 2023
       New York, NY

                                                    _____
                                                          RICHARD M. BERMAN
                                                               U.S.D.J.