UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                          Government,       :       21 CR. 786 (RMB)
                                         :
          - against -                   :       **ORDER**
                                         :
JONATHAN JOHNSON,                        :
                          Defendant.        :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 16, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 532 010 520#

Dated: January 10, 2024
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                       **U.S.D.J.**