UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                          Government, :    21 CR. 786 (RMB)
:
      - against -  :    **ORDER**
:
JONATHAN JOHNSON,  :
                      Defendant.  :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, February 7, 2024 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 976 303 557#

Dated: January 31, 2024
      New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                  U.S.D.J.