UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :    21 CR. 786 (RMB)
                                         :
      - against -                       :    **ORDER**
                                         :
JONATHAN JOHNSON,                        :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, March 6, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 386 751 69#

Dated: February 28, 2024
       New York, NY

                                                          **RICHARD M. BERMAN**
                                                                **U.S.D.J.**