**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 786 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| JONATHAN JOHNSON, | : | |
| Defendant. | : | |

---------------------------------------------------------------x


The supervised release hearing is scheduled for Monday, April 8, 2024 at

2:15 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


Dial-in Number: (646) 453-4442
Conference ID: 969 451 449#


Dated: April 3, 2024
New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**