UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                         Government, :       21 CR. 786 (RMB)
:
      - against - :       **<u>ORDER</u>**
:
JONATHAN JOHNSON, :
                         Defendant. :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 9, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 570 981 905#

Dated: May 1, 2024
       New York, NY

                                                    *Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                              **U.S.D.J.**