UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                 Government,          :        21 CR. 786 (RMB)
                                              :
      - against -                            :        **ORDER**
                                              :
JONATHAN JOHNSON,                             :
                 Defendant.           :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Monday, June 10, 2024 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 158 220 542#

Dated: June 5, 2024
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                       **U.S.D.J.**