UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :        21 CR. 786 (RMB)
                                         :
            - against -                  :        **ORDER**
                                         :
JONATHAN JOHNSON,                        :
                                         :
                    Defendant.           :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 16, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 441 600 903#

Dated: September 10, 2024
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.