UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,        :        21 CR. 786 (RMB)
                                              :
           - against -                        :        **ORDER**
                                              :
JONATHAN JOHNSON,                             :
                                              :
                    Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is hereby rescheduled to Monday, September 16, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## **Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 441 600 903#

Dated: September 11, 2024
       New York, NY

                                                  _/s/ Richard M. Berman_
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**