**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 786 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| JONATHAN JOHNSON, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, April 15, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: April 9, 2025
    New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.