**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,    :

               Government,    :   21 CR. 786 (RMB)

  - against -    :   **ORDER**

JONATHAN JOHNSON,    :

               Defendant.    :
------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, July 8, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: July 1, 2025
       New York, NY

                                       RICHARD M. BERMAN
                                       U.S.D.J.