**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                :
                Government,           :     21 CR. 786 (RMB)
                                                :
   - against -                                :     **ORDER**
                                                :
                                                :
JONATHAN JOHNSON,                               :
                                                :
                Defendant.            :
-------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, October 1, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: September 24, 2025
       New York, NY

                                            _____
                                                RICHARD M. BERMAN
                                                   U.S.D.J.