**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                  :

                   Government,    :      21 CR. 786 (RMB)

                                  :

     - against -               :      **ORDER**

                                  :

                                  :

JONATHAN JOHNSON,            :

                                  :

               Defendant.     :
---------------------------------------------------------------x

        The plea and sentencing scheduled for Monday, December 15, 2025 at 1:00 P.M. will take place in Courtroom 17B.

Dated: December 10, 2025
      New York, NY

                                _RICHARD M. BERMAN_

                                RICHARD M. BERMAN
                                    U.S.D.J.