**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

                                   Government,      :          21 Cr. 786 (RMB)

                                                   :

               - against -                         :          **ORDER**

                                                   :

                                                   :

JONATHAN JOHNSON,                                  :

                                   Defendant.       :
-----------------------------------------------------------------x


The sentencing scheduled for January 29, 2026 at 10:30 A.M. will take place in Courtroom 17B.


Dated: January 22, 2026
       New York, NY



                                                  _____
                                                       **RICHARD M. BERMAN**
                                                            **U.S.D.J.**