**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

UNITED STATES OF AMERICA,        :

                   :

                Government,       :        21 Cr. 786 (RMB)

                   :

       - against -             :        **ORDER**

                   :

                   :

JONATHAN JOHNSON,            :

                   :

                Defendant.        :

------------------------------------------------------------------x

The sentencing previously scheduled for March 10, 2026 at 9:30 A.M. is hereby rescheduled to March 16, 2026 at 11:00 A.M. in Courtroom 17B.

Dated: March 9, 2026
       New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**