**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                              :

                        Government,                  :          21 Cr. 786 (RMB)

         - against -                                   :          **ORDER**

JONATHAN JOHNSON,                                       :

                      Defendant.                   :
-------------------------------------------------------------------x

The sentence previously scheduled for March 16, 2026 at 11:00 A.M. is hereby adjourned. The Court will hold a hearing on sentencing on March 16, 2026 at 9:00 A.M. Among other things, the parties will be requested to discuss an appropriate sentence.

Dated: March 11, 2026
       New York, NY

                                          **RICHARD M. BERMAN**
                                             U.S.D.J.